IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WAYNE WHITE, #133624, )<br>)<br>)<br>v.                                             )<br>)<br>)<br>KIM THOMAS, et al.,                  )<br>)<br>    Defendants.                          ) | CASE NO. 2:13-CV-489-WHA<br>(WO) |

## ORDER and OPINION

On February 5, 2016, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice for Plaintiff's failure to comply with the orders of this court regarding the continued prosecution of this case (Doc. No. 27).  No timely objections have been filed to this Recommendation.  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

Done this 29th day of February, 2016.

　　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE