IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WAYNE WHITE, #133624, ) | |
| ) | |
| v.  ) | CASE NO. 2:13-CV-489-WHA |
| ) | (WO) |
| KIM THOMAS, et al., ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the order and opinion of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that this case be DISMISSED without prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of February, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE